UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Cotton,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-5477

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On November 24, 2021, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court reverse the Commissioner of Social Security's ("Commissioner") decision in this case and remand the case to the Commissioner for further proceedings. R&R, ECF No. 19. The R&R notified the parties of their right to object to the same and of the consequences for failing to do so. *Id.* at 17. The deadline for filing objections has passed, and none were filed. Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED** to the Commissioner and ALJ under Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT